Eli McNames, appellee, v. Eli Smith, appellant. Gen. No. 6,669.

Action to recover commission for sale of real estate. Judgment for

plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

Fisher, North, Welsh & Linscott, for appellant. Frank E. Maynard, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Mr. Presiding Justice Niehaus delivered the opinion of the court.